UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**MICHAEL ANGELO SERRATO,**     )
                                )
          Petitioner,         )    No. CV 09-3700-ABC (AJW)
                                )
   vs.                          )
                                )    JUDGMENT
**SHERIFF LEROY BACA, et al.,** )
                                )
          Respondents         )
_____ )

    **IT HEREBY IS ADJUDGED** that the petition for a writ of habeas corpus is dismissed without prejudice.

DATED:  August 31, 2009

_____
Audrey B. Collins
United States District Judge